JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.whang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS LEYVA, and <br> ANTONIO MACIEL, <br><br> Defendants. | Case No.: 2:13-cr-00275-GMN-MDC <br><br> **Motion to Dismiss the Indictment Without Prejudice and Quash Warrants** |

On July 16, 2013, a grand jury returned an indictment charging defendants Luis Leyva and Antonio Maciel with conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii), and distribution of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). ECF No. 11. The court issued arrest warrants for both defendants. ECF No. 15.

To date, defendants Leyva and Maciel have not been arrested pursuant to their arrest warrants. Neither the government nor law enforcement are aware of their current locations.

\ \ \

1

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice as to defendants Leyva and Maciel and quash their respective arrest warrants.

DATED: June 13, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/  Brian Whang
_____
BRIAN WHANG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS LEYVA, and<br>ANTONIO MACIEL,<br><br>Defendants. | Case No. 2:13-cr-00275-GMN-MDC<br><br>**ORDER ON MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND QUASH ARREST WARRANTS** |

Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the indictment and quashes the arrest warrants brought against defendants Leyva and Maciel.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Brian Whang*
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice and to quash the arrest warrant brought against defendants Leyva and Maciel contained in the Indictment in case number 2:13-cr-00275-GMN-MDC.

DATED this __13__ day of __June__ 2024.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE